Issa K. Moe (State Bar No. 254998)
MOE LAW GROUP
11071 Anvil Curv
Saint Paul, Minnesota 55129
(949) 294-9027
issa@moelawgroup.com

Attorneys for Defendant
MIDWEST FIDELITY SERVICES,
LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORASIO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST FIDELITY<br>SERVICES LLC,<br><br>Defendant. | Case No.: 1:26-cv-00423-KES-FRS<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br>Complaint served:      January 21, 2026<br>Current response date:  March 11, 2026<br>New response date:     April 10, 2026<br><br>(Doc. 7) |

Defendant Midwest Fidelity Services LLC ("MFS") and Plaintiff Orasio Rodriguez ("Plaintiff"), through their respective counsel, hereby stipulate to extend MFS' deadline to respond to the complaint, and state as follows:

WHEREAS, Plaintiff filed her complaint in this action on January 18, 2026;

WHEREAS, on or about January 21, 2026, Plaintiff served her complaint on MFS;

WHEREAS, the parties previously filed an initial stipulation pursuant to Local Rule 144, to extend the deadline for MFS to respond to the complaint by twenty-eight (28) days through and including March 11, 2026;

1

WHEREAS, good cause exists to further extend the deadline for MFS to respond to Plaintiff's complaint in that the parties are currently engaged in productive discussions regarding the claims in the case and an early resolution of the same;

WHEREAS, the parties require additional time to complete their discussions regarding a possible resolution of the dispute and desire to avoid further litigation while doing so;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and MFS, through their respective counsel, that the time for MFS to respond to the complaint is further extended by thirty (30) days up to and including April 10, 2026.

**MOE LAW GROUP**

Dated: March 6, 2026                    By:  */s/ Issa K. Moe*
                                             ISSA K. MOE
                                             Attorneys for Defendant
                                             MIDWEST FIDELITY SERVICES
                                             LLC


ANTONYAN LAW, APC


Dated: March 6, 2026                    By:  */s/ Gor Antonyan*
                                             (as authorized on March 6, 2026)
                                             GOR ANTONYAN
                                             Attorneys for Plaintiff
                                             Orasio Rodriguez

2

## **ORDER**

The Court, having considered the stipulation submitted herewith (Doc. 7) and good cause having been shown, hereby enters the following order:

1. Defendant Midwest Fidelity Services LLC's deadline to respond to Plaintiff's complaint is extended by thirty (30) days up to and including **April 10, 2026**.

IT IS SO ORDERED.

Dated:    **March 10, 2026**

/s/ _Eric P. Grosj_

UNITED STATES MAGISTRATE JUDGE

3