UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORASIO RODRIGUEZ, | Case No. 1:26-cv-00423-KES-FJS |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 10) |
| MIDWEST FIDELITY SERVICES LLC, | |
| Defendant. | |

On April 14, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed no later than June 15, 2026. (ECF No. 10.) Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than June 15, 2026. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:    **April 17, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE