UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORASIO RODRIGUEZ, | Case No. 1:26-cv-00423-KES-FJS |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE |
| v. | |
| MIDWEST FIDELITY SERVICES LLC, | |
| Defendant. | (ECF No. 11) |
| | FOUR (4) DAY DEADLINE |

On April 14, 2026, the parties filed a notice of settlement, informing the court that a settlement has been reached and that dispositional documents would be filed no later than June 15, 2026. (ECF No. 10.) On April 14, 2026, the court issued an order setting the deadline to file dispositional documents. (ECF No. 11.) The deadline to file dispositional documents has now expired, and the parties have failed to file such documents or otherwise request an extension of time to do so. Pursuant to Local Rule 160(b), good cause is required to extend the date to file depositional documents.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including

dismissal of the action. *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000). The court shall require Plaintiff to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the court's order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff show cause in writing within four (4) days from the date of entry of this order, why sanctions should not issue for the failure to file dispositional documents by the deadline required by the April 17, 2026, order (ECF No. 11). Alternatively, Plaintiff may file dispositional documents within three (3) days from the date of entry of this order. Failure to comply with this order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:    **June 22, 2026**

_____
UNITED STATES MAGISTRATE JUDGE