UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORASIO RODRIGUEZ, | Case No. 1:26-cv-00423-KES-FJS |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| v. | |
| MIDWEST FIDELITY SERVICES, LLC, | (ECF No. 13) |
| Defendant. | |

On June 22, 2026, Plaintiff Orasio Rodriguez filed a joint notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 13.)  In light of this notice, Plaintiff Orasio Rodriguez's action against Defendant Midwest Fidelity Services, LLC, is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a). Accordingly, this court's previous order to show cause (ECF No. 12), along with any other pending matters in this case are VACATED. The Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated:   **June 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

1